# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEITH STANLEY YOUNG, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:15CV362 RWS |
| SCOTT LAWRENCE, | ) ) ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion to alter or amend judgment. The Court has reviewed petitioner's assertions and found that his arguments cannot circumvent the fact that his application for writ of habeas corpus was successive and lacked certification from the Eighth Circuit Court of Appeals. As noted in the Court's prior order and order of dismissal, under 28 U.S.C. § 2244(a) and § 2255(h) district courts may not entertain a second or successive application for writ of habeas corpus unless it has first been certified by the Court of Appeals. Because petitioner's application for writ had not been certified by the Eighth Circuit, this Court could not grant his requested relief. As such, there are no grounds to alter judgment.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to alter or amend judgment [Doc. #8] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for "Application for a Three-Judge Court Convene" [Doc. #9] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 10th day of March, 2015.

                                              _____
                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE