# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH STANLEY YOUNG, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 4:15CV362 RWS |
| SCOTT LAWRENCE, | ) ) | |
| Respondent, | ) ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's second motion to alter or amend judgment. It will be summarily denied. Additionally, as the instant action was denied and dismissed as successive, the Court will refuse to entertain any additional post-dismissal motions filed in this action as the matter has been fully briefed. Thus, the Clerk shall be directed to return to petitioner any additional filings, other than filings directed toward an appeal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's second motion to alter or amend judgment [Doc. #11] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall return any additional motions filed in this action, unless the filing is related to an appeal.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 31st day of March, 2015.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE